**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jimmy Ray STIDMAN, Defendant–**
**Appellant.**

**No. 09–40963**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 20, 2010.

David Haskell Henderson, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Assistant Federal Public Defender, Federal Defender's Office, Beaumont, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: \*

---

7. *Id.*

8. *Id.*

9. *See id.*

10. *Id.*

11. *Id.*

12. *See id.*

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

The Federal Public Defender appointed to represent Jimmy Ray Stidman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Stidman has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.